LEONARD, Appellant, v. QUALE CO., Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by William Leonard, an infant, against the Quale Company. B. L. Pettigrew, of New York City, for appellant. E. F. Lindsay, of New York City, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. LAUGHLIN, J., dissents.

LEVER, Appellant, v. GALLAGHER, Respondent. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by John Lever against Peter C. Gallagher. F. L. Mayham, of New York City, for appellant. W. J. Martin, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LEVEY, Appellant, v. LEVEY, Respondent. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Warrena D. Levey against Clarence D. Levey. No opinion. Motion denied, without prejudice to a renewal thereof in the event that the appeal is not speedily prosecuted. See, also, 88 Misc. Rep. 315, 150 N. Y. Supp. 610.

LEVI, Respondent, v. HEISS et al., Appellants. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by Harry Levi against Samuel W. Heiss and another. M. B. Blumenthal, of New York City, for appellants. L. S. Ehrich, Jr., of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, on the ground that the verdict was against the weight of evidence. Settle order on notice.

LEVIN v. WM. A. WHITE & SONS. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Morris Levin against Wm. A. White & Sons. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant complies with terms stated in order. Order filed.

LEVITT, Respondent, v. J. M. HORTON ICE CREAM CO., Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1915.) Action by Moris Levitt against the J. M. Horton Ice Cream Company. W. L. Glenney, of New York City, for appellant. M. Trowbridge, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LEVY v. LOUVRE REALTY CO. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Leopold Levy against the Louvre Realty Company. PER CURIAM. Proceedings stayed, pending decision of the Court of Appeals, on condition that appellant give a bond in the penalty of $750, conditioned upon appellants' paying additional interest, costs, or damages to accrue by reason of the appeal. If, within 10 days after date of entry of this order, such bond is not given, motion for stay denied. Settle order on notice. See, also, 164 App. Div. 862, 149 N. Y. Supp. 1001.